# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUDITH SCRASE, | Case No.: 2:13-cv-01967-GMN-NJK |
| Plaintiff, | |
| vs. | **ORDER ACCEPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE KOPPE** |
| BRIAN HANSON, | |
| Defendant. | |

Before the Court for consideration is the Report and Recommendation (ECF No. 5) of the Honorable Nancy J. Koppe, United States Magistrate Judge, entered December 6, 2013.

Pursuant to Local Rule IB 3-2(a), objections were due by December 23, 2013. No objections have been filed. In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and agrees with Magistrate Judge Koppe's recommendation that this action be dismissed for lack of subject matter jurisdiction. Therefore, the Court has determined that Magistrate Judge Koppe's Recommendation should be **ACCEPTED** and **ADOPTED** to the extent that it is not inconsistent with this opinion.

**IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 5) is **ACCEPTED and ADOPTED in full.**

**IT IS FURTHER ORDERED** that Plaintiff's Complaint is **DISMISSED** without prejudice. The Clerk shall enter judgment accordingly.

**DATED** this 15th day of January, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court